## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| **SHAWN DeVAZIER MANLEY,** | **PLAINTIFF** |
| **In her capacities as Executrix of the** | |
| **Estate of Donna A. DeVazier and as** | |
| **Beneficiary of the Donna A. DeVazier** | |
| **Irrevocable Inter Vivos Trust No. 1 Dated** | |
| **December 29, 2003** | |

**v.**                              **No. 2:15-cv-164-DPM**

| | |
|---|---|
| **THOMAS BRADLEY DeVAZIER,** | **DEFENDANT** |
| **Individually, and as Trustee of the** | |
| **Donna A. DeVazier Irrevocable** | |
| **Inter Vivos Trust No. 1 Dated** | |
| **December 29, 2003** | |

| | |
|---|---|
| **SHAWN DeVAZIER MANLEY,** | **PLAINTIFF/** |
| **In her capacity as Executrix of the** | **COUNTER-DEFENDANT** |
| **Estate of Donna A. DeVazier** | |

**v.**                              **No. 2:15-cv-165-DPM**

| | |
|---|---|
| **THOMAS BRADLEY DeVAZIER,** | **DEFENDANT/** |
| **Individually, as Successor Administrator** | **COUNTERCLAIMANT** |
| **of the Estate of Thomas B. DeVazier, and** | |
| **as Trustee of the Thomas B. DeVazier Marital** | |
| **Deduction Trust established December 29, 2003** | |

## ORDER

To handle these related cases more efficiently, the Court consolidates

them. FED. R. CIV. P. 42(a)(2). No. 2:15-cv-164-DPM will be the lead case. The

Initial Scheduling Order, *No. 4*, is vacated. A new one will issue.

So Ordered.

_D̶P̶ Marshall J._

D.P. Marshall Jr.
United States District Judge

_22 December 2015_