IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN DeVAZIER MANLEY, In Her Capacities
as Executrix of the Estate of Donna A. DeVazier
and as Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                   PLAINTIFF

v.                         No. 2:15-cv-164-DPM

THOMAS BRADLEY DeVAZIER,
Individually, and as Trustee of the Donna A.
DeVazier Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                   DEFENDANT


SHAWN DeVAZIER MANLEY, In Her
Capacity as Executrix of the Estate of
Donna A. DeVazier                                                         PLAINTIFF/
                                                                          COUNTER DEFENDANT

v.                         No. 2:15-cv-165-DPM

THOMAS BRADLEY DeVAZIER,
Individually, as successor Administrator of
the Estate of Thomas B. DeVazier and as
Trustee of the Thomas B. DeVazier
Marital Deduction Trust Established
December 29, 2003                                                         DEFENDANT/
                                                                          COUNTER CLAIMANT

ORDER

Motion for injunctive relief, № 27, denied without prejudice as moot based on the parties' agreement on dealing with the IRS. Unopposed motion

to amend, № 26, granted with a caveat: Mr. Autry must redact any personal confidential information from each line of each page of any exhibit. Clean copy of amended complaint with revised exhibit due by 17 May 2017. The Court seals № 26-3 because it contains personal confidential information.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 May 2017