IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHAWN DeVAZIER MANLEY, In Her Capacities
as Executrix of the Estate of Donna A. DeVazier
and as Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                           PLAINTIFF/
                                                                                        COUNTER DEFENDANT

v.                                     No. 2:15-cv-164-DPM

THOMAS BRADLEY DeVAZIER,
Individually, and as Trustee of the Donna A.
DeVazier Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003                                                           DEFENDANT/
                                                                           COUNTER CLAIMANT


SHAWN DeVAZIER MANLEY, In Her
Capacity as Executrix of the Estate of
Donna A. DeVazier                                                            PLAINTIFF/
                                                                           COUNTER DEFENDANT

v.                                   No. 2:15-cv-165-DPM

THOMAS BRADLEY DeVAZIER, Individually,
as successor Administrator of the Estate of
Thomas B. DeVazier and as Trustee of the
Thomas B. DeVazier Marital Deduction Trust
Established December 29, 2003                                        DEFENDANT/
                                                                           COUNTER CLAIMANT

ORDER

For the reasons stated on the record at the end of the 5 July 2017 hearing, the Court made the following rulings:

- Brad DeVazier's motion for summary judgment on his answer and counterclaim, № 37, is granted.

- Counts 1 & 2 of the amended complaint will be dismissed without prejudice as moot.

- Shawn's motion for partial summary judgment, on Count 3 of the amended complaint, № 39, is granted.

- Each side's request for attorney's fees is denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 July 2017