# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**SHAWN DeVAZIER MANLEY, In Her Capacities
as Executrix of the Estate of Donna A. DeVazier
and as Beneficiary of the Donna A. DeVazier
Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003**

                                  **PLAINTIFF/
COUNTER DEFENDANT**

v.                No. 2:15-cv-164-DPM

**THOMAS BRADLEY DeVAZIER,
Individually, and as Trustee of the Donna A.
DeVazier Irrevocable Inter Vivos Trust No. 1
Dated December 29, 2003**

                                  **DEFENDANT/
COUNTER CLAIMANT**

**SHAWN DeVAZIER MANLEY, In Her
Capacity as Executrix of the
Estate of Donna A. DeVazier**

                                  **PLAINTIFF/
COUNTER DEFENDANT**

v.                 No. 2:15-cv-165-DPM

**THOMAS BRADLEY DeVAZIER, Individually,
as successor Administrator of the Estate of
Thomas B. DeVazier and as Trustee of the
Thomas B. DeVazier Marital Deduction Trust
Established December 29, 2003**

                                  **DEFENDANT/
COUNTER CLAIMANT**

## AMENDED JUDGMENT

Pursuant to the Court of Appeals' opinion and judgment, № 62 &
63, and its mandate, № 64, all claims made by Shawn DeVazier Manley

and all counter claims made by Thomas Bradley DeVazier are dismissed without prejudice for lack of subject matter jurisdiction.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

20 March 2019